UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:  SARAH JANE CLOUSE             DEBTOR
                                                                                        CASE #:  19-20771

**NOTICE AND OPPORTUNITY FOR HEARING
AND OBJECTION TO CLAIM**

**NOTICE OF HEARING**

Notice is hereby given of this Objection to Claim.  Unless a Response and Request for Hearing, stating grounds for opposing the Objection is filed within thirty (30) days of service of this Notice, an Order will be tendered sustaining the Objection and the matter will be submitted to the Court for decision.  No hearing will be held unless a timely request for hearing is filed.  Notice is further given that the attached order sustaining this objection is being tendered herewith.

**CERTIFICATE OF SERVICE**

It is hereby certify that a true copy of the foregoing served electronically or by mail on June 24, 2019 to the persons and addresses indicated below.

**OBJECTION TO CLAIM**

The Debtor objects to the claim of First Financial Credit, Inc. (hereinafter First Financial) filed as claim number 1 in the amount of $632.51 as a secured claim.  First Financial is claiming as a secured creditor in personal property.   The proof of claim does not set forth what property is alleged to be collateral for the loan and no UCC has been filed to determine same.   The Debtor acquired a personal loan from First Financial (this was not a purchase money loan).   As such, First Financial cannot be treated as a secured creditor herein.

Wherefore, said claim of First Financial should be disallowed as a secured claim.

                                                                     \s\Delores Woods Baker
                                                                     DELORES WOODS BAKER
                                                                     Attorney for Debtor

CERTIFICATE OF SERVICE

It is hereby certify that a true copy of the foregoing served electronically on June 24, 2019 to:

Hon. Michael L. Baker, Trustee; US Trustee; and all others requesting electronic notice;

and by first class mail, postage pre-paid to:

First Financial Credit, Inc.
1154 US Hwy 68
Maysville, KY  41056

\s\Delores Woods Baker
DELORES WOODS BAKER
Attorney for Debtor
134 West Third Street
Maysville, Kentucky  41056
606-564-7969